UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRESA FRANCE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF VANCOUVER, et al., <br><br> Defendants. | CASE NO. C16-5046BHS <br><br> ORDER DISMISSING COMPLAINT |

This matter comes before the Court on the Court's order to show cause (Dkt. 73) and Defendants' responses (Dkt. 74, 75).

On August 30, 2016, the Court ordered the parties to show cause why the claims should not be dismissed for failure to submit a joint status report. Dkt. 73. On August 31, 2016, Defendant Brian Ford responded asserting that multiple attempts to contact Plaintiffs have gone unanswered and requesting that the Court dismiss the action. Dkt. 74. On September 7, 2016, Defendants City of Vancouver and Spencer Harris responded asserting that "Plaintiffs appear to be abandoning this lawsuit" and requesting that the Court dismiss the action with prejudice because the claims are barred by the statute of limitations. Dkt. 75.

ORDER - 1

1   In this case, the Court dismisses Plaintiffs' complaint.  After Plaintiffs' attorney
2 withdrew, they have failed to obtain new representation or fulfill their obligations while
3 proceeding *pro se*.  The Court, however, declines to reach the merits of the case and will
4 dismiss for Plaintiffs' failure to follow the Court order to file a joint status report.
5 Therefore, it is hereby **ORDERED** that Plaintiffs' complaint is **DISMISSED**,
6 Defendants' motions for summary judgment (Dkts. 50, 60), are **DENIED as moot**, and
7 the Clerk shall close this case.
8   Dated this 13th day of September, 2016.

   *[signature]*
   
   BENJAMIN H. SETTLE
   United States District Judge